OFFICE OF DISCIPLINARY COUNSEL *v.* MARSHALL.

[Cite as *Disciplinary Counsel v. Marshall* (1996), 74 Ohio St.3d 615.]

(No. 95–2126—Submitted December 6, 1995—Decided February 28, 1996.)

*Geoffrey Stern,* Disciplinary Counsel, and *Harald F. Craig III,* Assistant Disciplinary Counsel, for relator.

---

*Per Curiam.* We adopt the board's findings of misconduct and recommendation. Respondent is, therefore, ordered permanently disbarred from the practice of law in Ohio. Costs taxed to respondent.

*Judgment accordingly.*

MOYER, C.J., DOUGLAS, WRIGHT, RESNICK, F.E. SWEENEY, PFEIFER and COOK, JJ., concur.